**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| BARRY NOWLIN, on behalf of himself and all others similarly situated,<br><br>                   Plaintiff.<br>v.<br><br>A&G COAL CORPORATION, and SOUTHERN COAL CORPORATION,<br><br>                   Defendants. | Case No. 13-CV-00032 |

<u>NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE</u>

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

Barry Nowlin hereby provides notice of the voluntary dismissal of all claims in the above styled

cause, without prejudice.

Dated:  August 9, 2013

Respectfully submitted,


MAGEE GOLDSTEIN LASKY & SAYERS, P.C.


By: <u>/s/ Garren R. Laymon</u>

Garren R. Laymon (75112)
Andrew Goldstein (Bar # 28421)
Magee Goldstein Lasky & Sayers, P.C.
310 First Street, S.W., Suite 1200
P.O. Box 404
Roanoke, VA 24003
Telephone: (540) 343-9800
Fax: (540)343-9898

Mary E. Olsen
M. Vance McCrary
David Tufts
The Gardner Firm, P.C.
210 South Washington Ave.
P O Drawer 3103
Mobile, AL 36652
Telephone: (251) 433-8100
Fax: (251) 433-8181
Email: molsen@thegardnerfirm.com
Email: vmccrary@thegardnerfirm.com
Email: dtufts@thegardnerfirm.com

Stuart J. Miller
Lankenau & Miller, LLP
132 Nassau Street
Suite 423
New York, NY 10038
Telephone: (212) 581-5005
Fax: (212) 581-2122
Email: sjm@lankmill.com


Cooperating Counsel for
THE NLG MAURICE AND JANE SUGAR
LAW CENTER FOR ECONOMIC AND
SOCIAL JUSTICE, a non-profit law firm
733 St. Antoine, 3rd Floor
Detroit, MI 48226
P: (313) 962-6540

*Attorneys for Plaintiff and the Putative Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, the 9th day of August, 2013 I mailed by first class postage prepaid a true copy of the foregoing to the Defendants and caused electronic notice upon Defendant's Counsel and all other parties who have filed Notices of Appearance in this matter by filing the original with the US District Court for the Western District of Virginia.

By: /s/Garren R. Laymon